1

```
 1                UNITED STATES BANKRUPTCY COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                     (OAKLAND DIVISION)

 4   In re:

 5   BROOK STREET HOLDINGS LLC,        Case No. 19-41564

 6                                     Chapter 7

 7                                     Oakland, California
                                       September 11, 2019
 8                                     2:07 p.m.
              Debtor.
 9   _____/

10                  TRANSCRIPT OF PROCEEDINGS
         ORDER TO SHOW CAUSE AS TO DAVID IRA KELVIN AND
11                 DONALD CHARLES SCHWARTZ

12          BEFORE THE HONORABLE ROGER L. EFREMSKY
                UNITED STATES BANKRUPTCY JUDGE
13

14   APPEARANCES:

15   For Donald Schwartz:      SAMUEL C. BELLICINI, ESQ.
                               1005 Northgate Drive #240
16                             San Rafael, California 94903

17
     For the Trustee:          SHIERKATZ
18                             BY: JEREMY W. KATZ, ESQ.
                               930 Montgomery Street #600
19                             San Francisco, California 94133

20
     In pro per:               DAVID IRA KELVIN
21

22   Also Present:             DONALD SCHWARTZ

23

24

25
```

```
 1   APPEARANCES (CONTINUED):

 2

 3   Court Recorder:         NASH SINGH
                             UNITED STATES BANKRUPTCY COURT
 4                           1300 Clay Street
                             Oakland, California 94612
 5

 6

 7   Transcription Service:  Jo McCall
                             Electronic Court
 8                           Recording/Transcribing
                             2868 E. Clifton Court
 9                           Gilbert, AZ 85295
                             Telephone: (480) 361-3790
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

P R O C E E D I N G S

September 11, 2019                           2:07 p.m.

-oOo-

THE COURT: All right.  The remaining matter on calendar is Line Item 8 in the matter of Brook Street Holdings LLC, Case No. 19-41564.  This is the Order to Show Cause as to David Ira Kelvin and Donald Charles Schwartz.

MR. BELLICINI: Good afternoon, Your Honor, Sam Bellicini appearing on behalf of Donald Schwartz.  Mr. Schwartz is here with me today.

THE COURT: All right, Mr. Bellicini, nice to see you.

MR. BELLICINI: Thank you.

MR. KELVIN: Good afternoon, Judge.  I'm David Kelvin.  I'm appearing pursuant to the OSC I received.

THE COURT: All right.

MR. SCHWARTZ: Good afternoon, Your Honor, Donald Schwartz appearing in response to the OSC.

THE COURT: Okay.  All right.

MR. KATZ: Good afternoon.  Jeremy Katz for the Trustee.  I'm basically here to observe.

THE COURT: Okay.

MR. KATZ: I also will note that the creditor is in the courtroom.  I don't know if she wants to be heard or not.  I'm just --

1        THE COURT: Well, I have just some preliminary

2  questions.  I'm waiting to see when the Statement of

3  Financial Affairs, the schedules, and the creditor matrix

4  is going to be filed.   Mr. Schwartz?  Mr. Kelvin?

5        MR. KELVIN: Who would you like to respond first?

6        THE COURT: I understand both of you to be co-

7  counsel in this case.

8        MR. KELVIN: That, I'm sorry, is not my

9  understanding, Your Honor.  I never agreed to represent the

10  Debtor.

11        THE COURT: Okay.  I guess what I've got to do is

12  I want to do something different then.  I received papers

13  filed by Mr. Bellicini on behalf of Mr. Schwartz -- even

14  though they were late; it was only a day -- I didn't

15  receive anything from you counsel.  Mr. Kelvin, any reason

16  why you didn't file any opposition or at least when you

17  received Mr. Schwartz and Mr. Bellicini's papers?

18        MR. KELVIN: Well, Your Honor, I looked at the

19  Order to Show Cause which states that I am not a registered

20  participant, and I took that to mean that I didn't have the

21  ability to file anything, and that's why I didn't.

22        THE COURT: Okay.

23        MR. KELVIN: And it's further my opinion that I

24  don't represent anyone in this case and have never filed

25  anything in this case.

1        THE COURT: All right.  Well then can you -- have
2   you had an opportunity to read the papers that Mr.
3   Bellicini filed on behalf of Mr. Schwartz?
4        MR. KELVIN: Yes.
5        THE COURT: Can you give me your response to those
6   papers?
7        MR. KELVIN: Well, Mr. Bellicini attached to his
8   papers the petition that started this matter.  It has my
9   name written on it but it's not my signature, and I didn't
10  prepare this, and I didn't sign it.
11       THE COURT: So when is the first time you ever saw
12  this document?
13       MR. KELVIN: When Mr. Bellicini sent it to me.
14       THE COURT: And when was that?
15       MR. KELVIN: He could probably answer -- a few
16  days ago.  It looks like it was dated September 4th.
17       THE COURT: All right.  So simply stated, do you
18  even know Mr. Schwartz?
19       MR. KELVIN: Yes, I know him.
20       THE COURT: Okay.  Did you have any discussion
21  about filing a bankruptcy on behalf of Brook Street
22  Holdings LLC before the case was filed?
23       MR. KELVIN: I did.
24       THE COURT: Okay.  I want to be careful not to get
25  any type of attorney-client privileges --

1    MR. KELVIN: Well, I don't have a client as far as
2    I can tell.

3    THE COURT: Okay.  So I guess my point is, if you
4    discussed -- did you discuss a bankruptcy filing for Brook
5    Street Holdings LLC with Mr. Schwartz prior to the time
6    that the bankruptcy was filed?

7    MR. KELVIN: I did.  I appear to have been under a
8    misunderstanding.  I have -- I appeared in Federal Court --
9    not in Bankruptcy Court, in Federal Court -- about eight or
10   nine years ago in a civil rights case.  And I had to get a
11   Pacer account, and it was presented to me that my Pacer
12   account was needed to file this, and the question was
13   whether that was okay with me, and I said, well, I don't
14   know.  If it's okay with the Court, it's okay with me.  I
15   wasn't aware there was going to be my name on it.

16   THE COURT: But it wasn't filed with your Pacer
17   account.

18   MR. KELVIN: Yes, I now know -- which I didn't
19   then -- that that's a different arrangement.  I think
20   that's for the United States District Court for the
21   Northern District.

22   THE COURT: Right.  But I'm saying, for this case,
23   this wasn't an issue where you were having a discussion
24   with Mr. Schwartz to use your ecf account or password to
25   file this bankruptcy.

1    MR. KELVIN: That's what I thought we were
2  discussing.  I thought I was accommodating the Debtor and
3  Mr. Schwartz by letting them use my account.

4    THE COURT: But he didn't use your account.

5    MR. KELVIN: That's where my misunderstanding was.
6  My account would be useless because it doesn't access
7  Bankruptcy Court.

8    THE COURT: And if you weren't representing the
9  client, and he wasn't using your account, what involvement,
10  if any, would you have in this then?

11    MR. KELVIN: I thought I was doing him a favor.

12    THE COURT: Okay.  So your understanding is you
13  had a discussion about filing; that Mr. Schwartz said he
14  wanted to use your ecf account to file this bankruptcy for
15  this client, Brook Street Holdings LLC.

16    MR. KELVIN: Yes.

17    THE COURT: But you didn't prepare the petition.

18    MR. KELVIN: I did not.

19    THE COURT: You didn't sign the petition?

20    MR. KELVIN: No, it's not my signature.

21    THE COURT: You didn't date the petition?

22    MR. KELVIN: I never saw it until Mr. Bellicini
23  sent it to me.

24    THE COURT: Did you have -- in the response,
25  according to what Mr. Schwartz indicates -- let me get it

1  here -- well, I'm reading from Mr. Schwartz's declaration

2  and at paragraph -- I'll start at paragraph -- well, first

3  off, he says:

4          "I'm an attorney who is currently licensed to

5          practice law in the State of California in this

6          Court.  I am co-counsel for the Debtor herein.  I

7          also represent the Debtor on business matters.

8          The Debtor is separately represented by co-

9          respondent, Attorney David Kelvin."

10  And you disagree with that; you don't represent them in

11  this bankruptcy.

12          MR. KELVIN: That's my position.  I've never

13  agreed to represent Brook Street Holdings in any matter

14  whatsoever.

15          THE COURT: Okay.  He then goes on in paragraph 2,

16  says:

17          "On July 9, 2019, I received instructions from

18          the Debtor to file the petition for the

19          bankruptcy in this matter."

20  Do you know anything about that communication between the

21  Debtor and Mr. Schwartz on July 9th?

22          MR. KELVIN: I don't have personal knowledge of

23  it, no.

24          THE COURT: Okay.  And then the petition was

25  signed by Attorney Kelvin, and you say that's not true.

1      MR. KELVIN: No, would you like to see my driver's

2  license?

3      THE COURT: I'm just asking for your testimony.

4  All right.

5          "And attached as Exhibit A is a true and correct

6          copy of an electronic facsimile transmitted that

7          I received from the Debtor at 9:37 a.m. on July

8          9th, 2019."

9  He goes on in paragraph 3; he says:

10         "On the morning of July 10th, 2019, I had a

11         telephone conversation with Attorney Kelvin and

12         confirmed that it was Debtor's instruction to

13         file the petition."

14  Did you speak with Mr. Schwartz on the 10th to confirm that?

15      MR. KELVIN: I spoke with Mr. Schwartz.  That's

16  the conversation I discussed with you a couple minutes ago.

17      THE COURT: Okay.  And then it says:

18         "At 9:14 a.m., I sent a confirming e-mail message

19         to Attorney Kelvin.  Attached at Exhibit B is a

20         true and correct copy of that confirming e-mail."

21  And it says -- this is the attachment.  It says:

22         "Dave: (referring to you) This will confirm our

23         call this morning that you (Mr. Kelvin), you

24         instructed and authorized the courier delivery to

25         the U.S. Bankruptcy Court the attached petition."

1        MR. KELVIN: Did you want me to respond?

2        THE COURT: Yes.

3        MR. KELVIN: Well, first of all, there was no

4   petition attached to it, and to me, that's not an accurate

5   summary of our conversation.

6        THE COURT: Okay.  But I guess what I want to be

7   clear about is, you didn't prepare the petition; you didn't

8   sign the petition.

9        MR. KELVIN: No.  The first time I saw it was when

10  Mr. Bellicini sent it to me.

11       THE COURT: Sent it to you.

12       MR. KELVIN: Can I make one more comment?

13       THE COURT: Please.

14       MR. KELVIN: It also says, later on July 10th, that

15  is in the Order to Show Cause:

16            "Kelvin filed a motion to voluntarily dismiss the

17            case."

18  I also dispute that.  I didn't prepare such a motion, nor

19  did I file such a motion.

20       THE COURT: Do you know how it is that -- and that

21  is Exhibit D to Mr. Bellicini's papers in the declaration

22  of Mr. Schwartz -- it bears your name, your law firm's

23  heading, and it has a /s/ dated Ira Kelvin.  You're telling

24  me you didn't prepare this document?

25       MR. KELVIN: No.  To be honest, I don't remember

1  seeing it attached to Mr. Bellicini's papers.  I see a

2  petition.

3          THE COURT: This would be Exhibit D.

4          MR. KELVIN: Let's see Exhibit B.

5          THE COURT: D.

6          MR. KELVIN: No, I did not prepare this.  My name

7  is spelled wrong, Judge.  Come on now.

8          THE COURT: Okay.  All right.  Okay.  Have a seat.

9  Thank you.  Mr. Bellicini?

10         MR. BELLICINI: Thank you, Your Honor.  I think I

11  and the Court would have benefitted greatly from a written

12  response to the OSC from Mr. Kelvin.

13         THE COURT: The Court might have, but he didn't,

14  and he's here today, and he's basically denying everything

15  that Mr. Schwartz said in his statement.

16         MR. BELLICINI: Well, and all I can do in response

17  to that is --

18         THE COURT: Did you talk to him before you

19  prepared these papers for Mr. Schwartz?

20         MR. BELLICINI: I did.

21         THE COURT: You did.

22         MR. BELLICINI: I did.

23         THE COURT: And did he tell you that he had

24  prepared the petition?

25         MR. BELLICINI: Mr. Kelvin denied signing

1   anything.

2           THE COURT: But the papers that you filed give a

3   different story.

4           MR. BELLICINI: Well, the papers that I filed

5   include a declaration from my client stating that this was

6   David Kelvin's work; this was David Kelvin's signature.  He

7   received the petition originally from his client, but then

8   if you look at the e-mail from Mr. Schwartz to Mr. Kelvin

9   in Exhibit B, you'll see at the bottom, there is an

10  attachment there, the Brook Street Chapter 7 petition scan,

11  3005 kilobytes.  Mr. Kelvin got up here and just told you

12  he'd never seen that petition until I sent it to him.  I

13  have the e-mail.  I mean I can find a way to produce the

14  electronic version of this to the Court.

15          THE COURT: Well, Mr. Bellicini, Mr. Schwartz says

16  that he received this document from --

17          MR. BELLICINI: His client.

18          THE COURT: He says he received it on July 9th.

19          MR. BELLICINI: He did.

20          THE COURT: How is it that the document is

21  dated -- the petition is dated July 10th?

22          MR. BELLICINI: I do not know.

23          THE COURT: Did you think to ask your client that?

24          MR. BELLICINI: I did not.  But if it was for

25  filing on July 10th, and --

1       THE COURT: You don't know why it's dated July 10th

2  versus if he received it on July --

3       MR. BELLICINI: I have no idea.  I just assumed,

4  as I'm entitled to, that everything that my client sent to

5  me was true and correct, and he signed a declaration to

6  that effect, and I was entitled to believe it.  I still

7  believe it.

8       THE COURT: I'm going to take a five-minute

9  recess.

10      (Whereupon, a recess is taken at 2:18 p.m., and the

11  court is reconvened at 2:22 p.m.)

12      COURTROOM DEPUTY: Please come to order.  The

13  court is back in session.

14      THE COURT: All right.  Please be seated.  All

15  right.  What I'm going to do is I'm going to continue this

16  OSC approximately 30 days.

17      MR. KELVIN: Could I request a date that I'm not

18  required to be somewhere else, Judge?

19      THE COURT: I'm looking at setting this in

20  October.

21      MR. KELVIN: Any day of the week?

22      THE COURT: I can do the 8th, the 10th or the 11th.

23      MR. KELVIN: The 10th would be my request if that's

24  convenient.

25      THE COURT: Okay.  Then I'm going to continue this

1  to the 10th.  It will be at 10:00 o'clock -- no, will you be

2  coming down that day or that night?

3         MR. KELVIN: Well, I'll actually be coming down

4  here on the 8th because I have a matter at RCD, and I'll

5  just stick around.

6         THE COURT: Okay.  Then I'll have it at 10:00

7  o'clock in the morning.  I'm going to continue this.  Mr.

8  Kelvin, what I want you to do; I want you to file a written

9  response to the papers that Mr. Bellicini and Mr. Schwartz

10  filed.  I want to have your position in writing under oath

11  as to what transpired.  I would specifically address the

12  documents, the e-mails, how it is that you were having

13  communications.  Can you file that within a week?

14         MR. KELVIN: Well, I don't know if I can file at

15  all without the account.

16         THE COURT: You can file by paper.  You can mail

17  it in.

18         MR. KELVIN: Oh, I can go to the Clerk's Office

19  and just handed it to them?

20         THE COURT: Absolutely.  You can mail it into the

21  Clerk's Office.

22         MR. KELVIN: In this building?

23         THE COURT: In this building.  It's on the third

24  floor.

25         MR. KELVIN: Yes.  That I can do.

1        THE COURT: Okay.  So let's just say that you'll

2   have it in by -- today is the 11ᵗʰ.  Can you get that on

3   file say by the 20ᵗʰ?

4        MR. KELVIN: Yes.

5        THE COURT: Okay.  And I am going to have the

6   United States Trustee here at this meeting.  Mr. Katz, are

7   you available on that day as well?

8        MR. KATZ: Yes.

9        THE COURT: Okay.  And Mr. Bellicini, when is your

10  client going to file the Statement of Financial Affairs,

11  the creditors' matrix, and the schedules for the

12  bankruptcy?

13        MR. BELLICINI: I don't know.  I believe new

14  counsel has been hired.

15        THE COURT: Can you confer with your client?

16  Pardon me?

17        MR. BELLICINI: I believe new counsel has been

18  hired.  I would defer to Mr. Schwartz on that.

19        THE COURT: All right.  Mr. Schwartz, when are

20  those going to be filed?

21        MR. SCHWARTZ: An attorney for the LLC has been --

22  was retained.  He told me yesterday.

23        THE COURT: And who is that?

24        MR. SCHWARTZ: James Howarth, H-o-w-a-r-t-h.

25        THE COURT: Okay.

1        MR. SCHWARTZ: He said he was -- he told me he was

2   retained yesterday to take over representing the LLC in

3   this matter.

4        THE COURT: Okay.  Do you have the business

5   records for the LLC in your possession?

6        MR. SCHWARTZ: I do not.

7        THE COURT: All right.

8        MR. SCHWARTZ: I have my escrow account that

9   relates to the claim -- the supposed claim.  That's a

10  personal business escrow account.

11       THE COURT: All right.  And then Mr. Bellicini, if

12  you and Mr. Schwartz want to file any supplemental

13  papers -- we've got -- by September 20th, I will have the

14  written papers of Mr. Kelvin, and I'll give you until the

15  27th to file any supplemental papers you want the Court to

16  consider, and again, I'm putting this then over to October

17  10th at 10:00.  And Mr. --

18       MR. BELLICINI: And I should let the Court -- I

19  apologize, Your Honor.

20       THE COURT: Go ahead.

21       MR. BELLICINI: I should let you know I have

22  another matter set for hearing in this building at 9:00

23  a.m. that day.  I anticipate it will be finished by 10:00

24  o'clock.

25       THE COURT: Okay.

1          MR. BELLICINI: But I wanted to let the Court

2    know.

3          THE COURT: And that will be with Judge Lafferty

4    or Judge Novack?

5          MR. BELLICINI: I believe so.

6          THE COURT: And what's the nature of that hearing?

7          MR. BELLICINI: It's confidential, Your Honor.

8    I'm willing to go off the record or have this --

9          THE COURT: Is it -- I guess my question, is it a

10   matter that's on calendar, or is this a private meeting

11   with one of the judges?

12         MR. BELLICINI: It's not a -- it's neither; it is

13   a standing committee matter that is being followed up on.

14         THE COURT: Okay.  I'm aware of that matter.  And

15   is that in San Francisco or is that here?

16         MR. BELLICINI: I have that here on Clay Street.

17   It is at the Bankruptcy Court Ninth Circuit, so I assume

18   it's in San Francisco.  My calendar is in error.

19         THE COURT: Okay.

20         MR. BELLICINI: If we could put this --

21         THE COURT: I think what I'm going to do then is

22   I'm going to put this over til -- I'm going to do it at

23   1:00 o'clock, October 20th at 1:00.

24         MR. BELLICINI: Thank you, Your Honor.

25         THE COURT: Because if it's at 9:00 o'clock, then

1  it may be in San Francisco either at the Ninth Circuit --

2  and I think there's a matter before Judge Blumenstiel

3  that's coming up in October as well for Mr. Schwartz.

4         MR. KELVIN: Judge, did you just say October 20th?

5         THE COURT: No, September -- excuse me, it's

6  October 10th. You're just going to file your papers by

7  September 20th. I misspoke.

8         MR. KELVIN: Okay. But at 10:00 o'clock?

9         THE COURT: I'm moving it -- on the 10th of October

10  to 1:00 o'clock.

11         MR. KELVIN: I'm sorry for the confusion. Thank

12  you, Judge.

13         THE COURT: Okay. Mr. Katz, anything you have

14  that you wish to add? I guess my question I have is with

15  regards to the real property which is located in Oakland.

16  What's the status of it?

17         MR. KATZ: The status is the same as when the case

18  was filed, although we are -- based on my research, this

19  case was filed to stop a foreclosure, and I don't know if

20  either one of these gentlemen can either corroborate or

21  refute my understanding, but my suspicion is that probably

22  at the same time the bankruptcy was filed, the Debtor got

23  an extension of like three months, and the foreclosure sale

24  was postponed, because I do see -- I can see that on the

25  public records; it was postponed. It's also my

1  understanding that this property is actually two parcels,
2  one of which was under foreclosure and the other not, and
3  it's still not clear to me or the Trustee, you know, what
4  encumbrances -- there are encumbrances.  I don't know how
5  much or which parcel, and sort of we were -- the Trustee
6  was waiting to see what happens today.

7          THE COURT: And I take it with the two 341 Meeting
8  of Creditors, neither Mr. Schwartz nor the client has
9  appeared?

10         MR. KATZ: That's correct.

11         THE COURT: Mr. Schwartz, why haven't you and/or
12 your client appeared at the 341 Meeting of Creditors?

13         MR. SCHWARTZ: First of all, the client told me
14 that this other attorney would be taking over, and either
15 before or --

16         THE COURT: There have been two previous 341
17 Meeting of Creditors.  The fact of what your client may
18 have said to you, that something did not excuse you from
19 attending or your client attending the 341 Meeting of
20 Creditors.  Mr. Schwartz, you are in hot water, well above
21 what Mr. Bellicini is representing you for.

22         MR. SCHWARTZ: I did offer -- at one point, Your
23 Honor, I did offer -- I thought I was filing this on behalf
24 of Mr. Kelvin.  I have forwarded --

25         THE COURT: Mr. Kelvin is not the debtor.  The

Case: 19-41564   Doc# 28   Filed: 09/15/19   Entered: 09/15/19 13:40:58   Page 19 of 27

1  Debtor is Brook Street Holdings LLC.  The bankruptcy was

2  filed on behalf of Brook Street Holdings LLC, not Mr.

3  Kelvin.

4       MR. SCHWARTZ: Okay.  The Trustee at one point

5  asked me a lot of questions that I didn't know the answers

6  to about the asset structure of the company, et cetera, the

7  debt asset structure.  I offered in an e-mail to the

8  Trustee to put the managing member of the LLC on a

9  conference call so he could get the answers to those

10  questions.

11       THE COURT: Did you tell the individual

12  representing Brook Street Holdings LLC -- in fact, who is

13  the individual who signed the papers for the LLC?

14       MR. BELLICINI: I'm sorry, Your Honor, do you mean

15  the bankruptcy petition?

16       THE COURT: Correct.  Who signed the petition?

17       MR. SCHWARTZ: You're asking me?

18       THE COURT: Yes, Mr. Schwartz.

19       MR. SCHWARTZ: I got the petition from the client

20  as my declaration, I believe --

21       THE COURT: And who -- who at your client did you

22  speak with?

23       MR. SCHWARTZ: I spoke to the client, Mr. Heath,

24  as well as his personal assistant.

25       THE COURT: And do you know who dated the document

1    July 10th that he signed?

2           MR. SCHWARTZ: Is this -- which document are

3    you --

4           THE COURT: This is the petition that you filed.

5           MR. SCHWARTZ: No -- I mean, you're asking me do I

6    have firsthand --

7           THE COURT: I'm asking you do you know who signed

8    the date July 10th, 2019.

9           MR. SCHWARTZ: Who put that date on it?  I did not

10    put that date on it.

11           THE COURT: Okay.

12           MR. KATZ: I know there is a continued 341 on

13    September 25th.  That's all I know about that.

14           THE COURT: All right.

15           MR. KATZ: And that's correct, there's been no

16    appearance in the two previous ones, the second one being

17    this morning.

18           MR. SCHWARTZ: I have forwarded all the court

19    notices.  I was under the mistaken belief that I could use

20    my filing credentials for Mr. Kelvin.

21           THE COURT: Mr. Schwartz, I have to tell you, I

22    don't find your declaration credible.  You have filed some

23    21 bankruptcies in the Northern District of California

24    alone.  You're also in your own Chapter 13 bankruptcy

25    pending in San Jose.  You're very familiar with our ecf

1  rules.  I'm not buying it.

2          MR. SCHWARTZ: Well, I apologize.

3          THE COURT: All right.  So I'm going to -- we've

4  got the dates, October 10th at 1:00 o'clock.  Mr. Kelvin,

5  you're going to file papers, send them in, and those will

6  be in by the 20th of this month.

7          MR. KELVIN: Can I ask a question?

8          THE COURT: Yes.

9          MR. KELVIN: In State Court, they like a courtesy

10  copy delivered to the chambers, the courtroom.  Is that a

11  practice here?

12          THE COURT: It would be appreciated.  It'll get

13  scanned in the next day and then I'll be able to look at

14  it, but if you have -- if you're kind enough to do it,

15  that's fine, but it's not necessary.

16          MR. KELVIN: Thank you.

17          THE COURT: And then Mr. Bellicini and Mr.

18  Schwartz, if you want to respond to anything that Mr.

19  Kelvin files by the 20th, you're free to do so by the 27th of

20  the month.

21          MR. BELLICINI: Thank you, Your Honor.

22          THE COURT: Okay.

23          MR. BELLICINI: I am wondering if -- I'm wondering

24  if it is appropriate to have a transcript of today's

25  hearing prepared in advance of Mr. Kelvin's response.

1    THE COURT: You can obtain it.  We have it --

2  you're going to be able to listen to it on line, so it'll

3  be up probably within 24 hours.  Yeah.  So you have that

4  opportunity.

5    MR. BELLICINI: Thank you.

6    THE COURT: We naturally do it so you'll have that

7  opportunity to listen to it.

8    MR. BELLICINI: Thank you, Your Honor.

9    MR. KATZ: I do have a question because frankly,

10  at this point, it appears that the Debtor is not

11  represented, and if it is, it's not being represented.

12    THE COURT: Correct.

13    MR. KATZ: And whether Mr. Howarth gets involved,

14  you know, I don't know if and when that's going to happen.

15  For example, this Monday, two days ago, I sent -- believing

16  that Mr. Kelvin was counsel of record -- I sent him an e-

17  mail indicating that it appears that the Debtor is

18  attempting to transfer an interest in that property post-

19  petition, but I can't contact the principal because --

20  assuming he's represented by one of these gentlemen.  I

21  mean it's a real -- it's an issue I can't --

22    THE COURT: I understand.  That's why I want you

23  to get the United States Trustee.  Contact Tracy Hope

24  Davis, because I think they need to get involved with this.

25    MR. KATZ: The U.S. Trustee has been contacted.

1  That's my understanding.

2          THE COURT: Call them and tell them that Judge

3  Efremsky specifically wants him to file papers prior to the

4  hearing, and I want them to have a representative here on

5  October 10th, and I'll have Chambers also contact Tracy Hope

6  Davis.

7          MR. KATZ: I'm sorry.  Say the last --

8          THE COURT: I want you to contact them and say

9  Judge Efremsky wants the U.S. Trustee to file an

10 appearance, something in writing, and I want them to have

11 somebody here.

12         MR. KATZ: Okay.  I can do that.

13         THE COURT: It appears to the Court that this was

14 something filed simply to stop a foreclosure.  There was no

15 intention to go forward with the bankruptcy, and this may

16 be bankruptcy fraud.  I don't know, and I'm not the

17 investigator here, and that's why I'm dependent upon the 7

18 Trustee, yourself, but more importantly, the United States

19 Trustee because I don't know if there's any money here, and

20 it's not appropriate for the 7 Trustee and you to have to

21 spend time and money where the U.S. Trustee is

22 specifically -- this is one of their responsibilities to

23 investigate these types of actions.  This is extremely

24 serious.  This is one of the most blatant situations I've

25 seen in what appears to be a bankruptcy filed purely to

1   stop a foreclosure.

2             MR. KATZ: Correct.

3             THE COURT: Okay.  All right.

4             MR. KATZ: I agree, but in this case, there does

5   appear to be real estate with equity in it, and there does

6   appear to be a creditor.

7             THE COURT: And there also appears to be maybe

8   another hundred thousand dollars out there that somebody

9   retained on behalf of the LLC as well based on the Proof of

10  Claim that was filed.

11            MR. KATZ: Correct.  Will do.

12            THE COURT: All right.  Okay.  Mr. Kelvin,

13  anything else you wish to add?

14            MR. KELVIN: No.  Thank you for your time, Judge.

15            THE COURT: I appreciate your being here today.

16  Mr. Bellicini, anything you wish to add?

17            MR. BELLICINI: No, Your Honor.

18            THE COURT: Okay.  And thank you for being here.

19            MR. BELLICINI: Thank you.

20            THE COURT: Mr. Schwartz, we'll see you back here

21  on October 10th at 1:00 o'clock.

22            MR. SCHWARTZ: I thought His Honor said October

23  11th.

24            THE COURT: It's October 10th at 1:00 o'clock.

25            MR. SCHWARTZ: Okay.  I thought the other matter

1 | was in San Francisco, but I guess it's here.

2 |     MR. BELLICINI: No, it's in San Francisco.

3 |     THE COURT: Mr. Bellicini says it's on in the

4 | morning so this will be at 1:00 o'clock.  Okay?

5 |     All right.  Thank you very much.

6 |     ALL COUNSEL: Thank you, Your Honor.

7 |   (Whereupon, the proceedings are concluded at 2:38

8 | p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4                  CERTIFICATE OF TRANSCRIBER

5

6

7          I certify that the foregoing is a correct

8   transcript from the digital sound recording of the

9   proceedings in the above-entitled matter.

10

11  DATED: September 15, 2019

12

13                          By:___/s/ Jo McCall_____

14

15

16

17

18

19

20

21

22

23

24

25