

The following constitutes the order of the Court.
Signed: January 22, 2020

_____

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 19-41564-RLE |
| BROOK STREET HOLDINGS, LLC, | Chapter 7 |
| Debtor. | **Date:** February 19, 2020<br>**Time:** 2:00 p.m.<br>**Place:** Courtroom 201 |

### ORDER SETTING STATUS CONFERENCE

On October 10, 2019, the court conducted a hearing on its Order to Show Cause to Donald Schwartz and David Kelvin.  At the conclusion of the hearing, the court continued the matter indefinitely to permit further investigation by the United States Trustee.

Good cause appearing, and on the court's own motion,

IT IS HEREBY ORDERED that the court will conduct a status conference regarding the current status of the case in general, and on the United States Trustee's investigation in particular, on **February 19, 2020, at 2:00 p.m.**

IT IS FURTHER ORDERED that the United States Trustee and the chapter 7 Trustee shall each file a Status Conference Statement addressing the above no later than **February 5, 2020.**

/ / / /

/ / / /

IT IS FURTHER ORDERED that Schwartz and Kelvin may file any response to the United States Trustee and/or the chapter 7 Trustee's Status Conference Statements no later than **February 12, 2020.**

* * * END OF ORDER * * *

**ORDER SETTING STATUS CONFERENCE**

2

Case: 19-41364    Doc# 56    Filed: 01/22/20    Entered: 01/22/20 13:30:02    Page 2 of 3

Court Service List:

David Ira Kelvin
Attorney at Law
15843 40th Ave.
Clearlake, CA 95422-7926

Donald Charles Schwartz
Law Offices of Donald Charles Schwartz
7960-B Soquel Dr #291
Aptos, CA 95003

UNITED STATES BANKRUPTCY COURT

For The Northern District Of California

ORDER SETTING STATUS CONFERENCE