NICHOLAS STROZZA (SBN 117234)
Assistant United States Trustee
TIMOTHY S. LAFFREDI (WI Bar No. 1055133)
Assistant United States Trustee
TREVOR R. FEHR (SBN 316699)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Avenue, Suite 05-0153
San Francisco, CA 94102
Telephone: (415) 705-3339
Facsimile: (415) 705-3379
Email: Trevor.Fehr@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re<br>**BROOK STREET HOLDINGS LLC**,<br>Debtor. | Case No. 19-41564 RLE<br>Chapter 7<br>Date: February 19, 2020<br>Time: 2:00 p.m.<br>Courtroom: Courtroom 201<br>1300 Clay Street<br>Oakland, CA 94612<br>Honorable Roger L. Efremsky |

**UNITED STATES TRUSTEE'S STATUS CONFERENCE STATEMENT**

Tracy Hope Davis, United States Trustee for Region 17 ("United States Trustee"), by and through her undersigned counsel, hereby submits this Status Conference Statement:

**Background**

1. On July 10, 2019, Brook Street Holdings LLC ("Debtor") filed a voluntary Chapter 7 petition ("Petition"), under the United States Bankruptcy Code, thereby initiating the instant case. ECF No. 1. The Petition was filed under Attorney Donald Schwartz's ECF Login, but the Petition contained the signature of Attorney David Kelvin. *Id*.

2. That same day, the Debtor filed a Motion to Dismiss Case ("Motion to Dismiss"). ECF No. 2. The Motion to Dismiss was filed under Mr. Schwartz's ECF Login, but the document contained the signature of Mr. Kelvin. *Id.*

3. On August 5, 2019, the Bankruptcy Court issued an Order to Show Cause ("OSC") requiring Mr. Schwartz and Mr. Kelvin to appear and explain the discrepancy between the filer and the attorney signature on the Petition and Motion to Dismiss. ECF No. 5. The Bankruptcy Court set the Show Cause hearing for September 11, 2019. ECF No. 5.

4. On September 11, 2019, the Bankruptcy Court held the initial Show Cause hearing and inquired of Messrs. Kelvin, Schwartz, and Bellicini. The Court then continued the Show Cause hearing to October 10, 2019, to allow for Mr. Kelvin and Mr. Schwartz to provide additional responses. ECF No. 24.

5. On October 10, 2019, the Bankruptcy Court held the continued Show Cause hearing, at which Messrs. Kelvin, Schwartz, and Bellicini, and counsel for the United States Trustee, appeared. After further inquiry, the Court continued the hearing indefinitely. *See* Docket.

6. On January 22, 2020, the Bankruptcy Court issued an Order Setting Status Conference for February 19, 2020 to conduct a status conference regarding the current status of the case ("Status Conference"). ECF No. 56.

**Update Regarding Rule 2004 Order for Examination and Production of Documents**

7. On October 9, 2019, the United States Trustee filed a Motion for Rule 2004 Examination and for Production of Documents, requesting that the Court require Edwin Heath to appear for examination and to produce documents and information related to the bankruptcy filing. ECF No. 37.

8. On October 11, 2019, the Court entered an Order for Rule 2004 Examination and to Produce Documents (the "Rule 2004 Order"). ECF No. 39. The Rule 2004 Order required that

Mr. Heath provide required documents by November 6, 2019, and appear for a Rule 2004 Examination on November 18, 2019. *Id*.

9. On February 4, 2020, the United States Trustee filed a Motion for an Order Compelling Compliance with the Order for Rule 2004 Examination and Production of Documents (the "Motion to Compel") and set if for hearing on March 4, 2020 at 2:00 p.m. ECF Nos. 61 *and* 62.

10. As detailed in the Motion to Compel and its corresponding exhibits, the Rule 2004 Examination was initially held on December 18, 2019 and continued to February 12, 2020. ECF No. 61. Mr. Heath failed to provide any of the documents or information required by the Rule 2004 Order. *Id*. Mr. Heath did not seek reconsideration of the Rule 2004 Order at any time; instead, Mr. Heath, through his counsel Mr. Russo, sent a letter indicating that Mr. Heath would be asserting his Fifth Amendment privileges against self-incrimination, and accordingly would not produce any documents. *Id*. At the Rule 2004 Examination on December 18, 2019, Mr. Heath responded to all inquiries asking why he has not provided any of the required documents with "[o]n advice of counsel, I take the Fifth Amendment." *Id*.

11. In the Motion to Compel, the United States Trustee requests that the Bankruptcy Court compel Mr. Heath to produce the requested documents and information unless Mr. Heath demonstrates that his refusal to comply with each request made under the Rule 2004 Order is proper. *Id*.

12. The United States Trustee requests that after the hearing on February 19, 2020, the Status Conference be continued trail the resolution of the Motion to Compel.

Dated: February 5, 2020             TRACY HOPE DAVIS
                                    UNITED STATES TRUSTEE


                                    By: /s/ *Trevor R. Fehr*
                                        Trevor R. Fehr
                                        Trial Attorney for the United States Trustee