# CLERK'S NOTICE
## re: Zoom Webinar Information
## VirtualCourtroom201

When: **August 26, 2020 @ 2:00 PM** Pacific Time (US and Canada)
Topic: Ch. 7/11 Law and Motions
Attire: Business Casual

Please click the link below to join the webinar:
https://www.zoomgov.com/j/1614585203?pwd=aTZvREpXZ01pMHdxRG5udG9iaHFQUT09
Passcode: 890356

**REQUIRED:** Your full name and case #(s) MUST be displayed as follows in order to be permitted to appear. EXAMPLE: **John/Jane Do - #20-12345**

Parties appearing via dial in **WILL NOT** be able to speak or be seen!

Or iPhone one-tap : US: +16692545252,,1614585203#,,,,,,0#,,890356# or +16468287666,,1614585203#,,,,,,0#,,890356#
Or Telephone:
  Dial(for higher quality, dial a number based on your current location):
    US: +1 669 254 5252  or +1 646 828 7666
Webinar ID: 161 458 5203  /  Passcode: 890356
  International numbers available: https://www.zoomgov.com/u/aevJ2NgD3M

**Important Notice to the Media and Public**
Persons granted remote access to hearings and other proceedings held before the Court via Zoom or any other communication service are reminded that recording, photographing, rebroadcasting or retransmission of such proceedings (including streaming, screenshots or any other audio or video reproduction) is absolutely prohibited by policy of the Judicial Conference of the United States.

A violation of these prohibitions is subject to sanctions, including but not limited to removal of court-issued media credentials, restricted access to future hearings, or any other sanctions deemed necessary by the Court. *Please see  https://www.cand.uscourts.gov/zoom/ for information on preparing for and participating in a Zoom Webinar. Counsel are instructed to familiarize themselves with and practice Zoom Webinar functions, and to test their internet, video, and audio capabilities prior to
the hearing.

*Third Amended General Order 38: Matters Pending in The Northern District of California In Re: Covid-19 Public Health Emergency, at paragraph 4; United States District Court, Northern District of California General Order 58, at paragraph III

Case: 19-41564    Doc# 87    Filed: 08/14/20    Entered: 08/14/20 14:25:19    Page 1 of 1