Elizabeth Berke-Dreyfuss (Bar No. 114651)
Steven M. Morger (Bar No. 115108)
WENDEL ROSEN LLP
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: edreyfuss@wendel.com

Attorneys for Secured Creditors
Noel Yi and Meiling Yi

The following constitutes the order of the Court.
Signed: August 26, 2020

_____
**Roger L. Efremsky**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In Re<br><br>BROOK STREET HOLDINGS LLC,<br><br>Debtor. | Case No. 19-41564 RLE<br><br>Chapter 7<br><br>**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**<br><br>**R.S. No. WR-001**<br><br>Date: August 26, 2020<br>Time: 2:00 p.m.<br>Dept: Zoom Video Conference<br>Judge: Hon. Roger L. Efremsky |

    The Court, having considered the Motion for Relief from Stay filed by Secured Creditors, Noel Yi and Meiling Yi, and the Memorandum of Points and Authorities in support thereof to proceed with litigation to resolve competing priority claims against the Debtor's real property in a non-bankruptcy forum, the Alameda Superior Court, ("Motion"), pursuant to 11 U.S.C. § 362 and Rule 4001 of the Federal Rules of Bankruptcy Procedure and Local Rule 4001-1, having considered all of the evidence and pleadings submitted to this Court, and finding that proper notice to all necessary parties as required by law was provided and the parties consenting thereto, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED, as follows:

2. Pursuant to Bankruptcy Code § 362(d), Secured Creditors, Noel Yi and Meiling Yi, are granted relief from the automatic stay to proceed with their State Court Action[1] against the named defendants in the State Court Action solely to pursue a determination of the relative priorities of the secured creditors holding deeds of trust against the Debtor's real property, commonly known as 3070 Brook Street, Oakland, California.

3. The time limitations of Rule 4001(a)(3) are hereby waived.

APPROVED AS TO FORM:

SHIERKATZ RLLP

By: ___/s/Jeremy W. Katz_____
Jeremy W. Katz
Attorneys for Chapter 7 Trustee,
Paul Mansdorf

**END OF ORDER**

---

[1] As defined in the Motion.

**COURT SERVICE LIST**

ECF Registrants