# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Brook Street Holdings LLC | Case No.: 19–41564 RLE 7 |
|---|---|---|
| | Debtor(s) | Chapter: 7 |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Paul Mansdorf is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☑ the chapter 7 case of the above–named debtor is closed;

and

☐ Other

Dated: 11/5/21         By the Court:

Roger L. Efremsky
United States Bankruptcy Judge